JS - 6

cc: order, docket, remand letter to Los Angeles Superior Court, Whittier, No. 12C02863

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCREDITED REO PROPERTIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GENARDO WITT; ROSALBA CORTES; EDWIN CEBALLOS; LOURDES MANCILLA; EDWARD DIAZ; GLORIA ELIZABETH DIAZ, <br><br> Defendants. | Case No. CV 12-09711 DDP (VBKx) <br><br> **ORDER OF REMAND** |

THE COURT having ordered the moving party to show cause in writing, not later than December 17, 2012, why this action should not be remanded and the moving party having failed to respond,

THE COURT ORDERS that this action be, and hereby is, remanded for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: April 12, 2013

DEAN D. PREGERSON
United States District Judge